UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Drake University vs. Des Moines Area Community College Foundation, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3445 for the following party(s): (please specify)

Des Moines Area Community College Foundation; Des Moines Area Community College

☑ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Cara S. Donels    s/: Cara S. Donels

Firm Name: Fredrikson & Byron, P.A.

Business Address: 111 East Grand Avenue, Suite 301

City/State/Zip: Des Moines, IA 50309-1977

Telephone Number (Area Code): (515) 242-8900

Email Address: CDonels@fredlaw.com

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 12/04/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: