UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Drake University vs. Des Moines Area Community College Foundation, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3445 for the following party(s): (please specify)

Des Moines Area Community College Foundation; Des Moines Area Community College

[✓] Appellant(s) [ ] Petitioner(s) [ ] Appellee(s) [ ] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Laura L. Myers     s/: Laura L. Myers

Firm Name: Fredrikson & Byron, P.A.

Business Address: 60 South 6th Street, Suite 1500

City/State/Zip: Minneapolis, MN 55402-4400

Telephone Number (Area Code): (612) 492-7000

Email Address: LMyers@fredlaw.com

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on 12/04/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: