IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| DRAKE UNIVERSITY,<br>      Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>      Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE,<br>      Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>      Counterclaim Defendant. | No. 24-3445 |

**PLAINTIFF–APPELLEE'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Eight Circuit Rule 26.1A, Plaintiff-Appellee submit the following Corporate Disclosure Statement:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to Plaintiff-Appellee as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Plaintiff-Appellee's outcome in the case:*

None.

(b) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

None.

Respectfully submitted,

Dated: December 4, 2024            **ZARLEYCONLEY PLC**

By: /s/Joshua J. Conley
Joshua J. Conley, AT0011828
580 Market Street, Suite 101
West Des Moines, IA 50266
Telephone: (515) 558-0200
Facsimile: (515) 558-7790
jconley@zarleyconley.com
**ATTORNEY FOR
PLANTIFF-APPELLEE**