Case No. 24-3445

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Drake University

       Plaintiff - Appellee

v.

Des Moines Area Community College Foundation; Des Moines Area Community College

       Defendants - Appellants

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

Case No. 4:24-CV-00227
The Honorable Stephanie M. Rose

**CORPORATE DISCLOSURE STATEMENT OF
DES MOINES AREA COMMUNITY COLLEGE FOUNDATION**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eighth Circuit Local Rule 26.1A, Defendant - Appellant Des Moines Area Community College Foundation certifies that it is a public charity, it has no parent companies or corporations, no subsidiaries, and no publicly held company owns ten percent (10%) or more of its stock.

Date: December 5, 2024

s/*R. Scott Johnson*

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309-1977
Telephone: (515) 242-8900
E-mail: RSJohnson@fredlaw.com
CDonels@fredlaw.com
EBoggess@fredlaw.com

Laura L. Myers (Minn. #0387116)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: (612) 492-7000
E-mail: LMyers@fredlaw.com

***Attorneys for Defendants - Appellants***

## CERTIFICATE OF SERVICE

  I hereby certify that on December 5, 2024, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                 s/ Erica Palmer
                 Erica Palmer