Case No. 24-3445

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

Drake University

       Plaintiff - Appellee

v.

Des Moines Area Community College Foundation; Des Moines Area Community College

       Defendants - Appellants

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

Case No. 4:24-CV-00227
The Honorable Stephanie M. Rose

---

# CORPORATE DISCLOSURE STATEMENT OF
# DES MOINES AREA COMMUNITY COLLEGE

---

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eighth Circuit Local Rule 26.1A, Defendant - Appellant Des Moines Area Community College certifies that it is a school corporation organized under Iowa Code Chapter 260C[1], it has no parent companies or corporations, no subsidiaries, and no publicly held company owns ten percent (10%) or more of its stock.

Date: December 5, 2024  s/*R. Scott Johnson*

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309-1977
Telephone: (515) 242-8900
E-mail: RSJohnson@fredlaw.com
CDonels@fredlaw.com
EBoggess@fredlaw.com

---

[1] As a school corporation organized under Iowa Code Chapter 260C (i.e., a municipal corporation), Federal Rule of Appellate Procedure 26.1 may not apply to Des Moines Area Community College. Out of an abundance of caution, Des Moines Area Community College provides this corporate disclosure statement regardless.

Laura L. Myers (Minn. #0387116)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: (612) 492-7000
E-mail: LMyers@fredlaw.com

*Attorneys for Defendants - Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Erica Palmer
Erica Palmer
