Case No. 24-3445

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Drake University

       Plaintiff - Appellee

v.

Des Moines Area Community College Foundation; Des Moines Area Community College

       Defendants - Appellants

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

Case No. 4:24-CV-00227
The Honorable Stephanie M. Rose

DEFENDANTS - APPELLANTS' VERIFICATION OF
ORDERING TRANSCRIPT

Pursuant to Federal Rules of Appellate Procedure 10(b)(1) and 3(a) and Eighth Circuit Local Rule 30A(b), Defendants - Appellants Des Moines Area Community College Foundation and Des Moines Area Community College ("Appellants") verify that they have ordered the transcript of the relevant proceedings in this matter before the United States District Court for the Southern District of Iowa, namely, the entire hearing on Plaintiff - Appellee Drake University's Motion for Preliminary Injunction that was held October 15, 2024. Appellants further verify that satisfactory arrangements have been made for payment of the Court Reporter.

Date: December 5, 2024   s/*R. Scott Johnson*

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309-1977
Telephone: (515) 242-8900
E-mail: RSJohnson@fredlaw.com
CDonels@fredlaw.com
EBoggess@fredlaw.com

Laura L. Myers (Minn. #0387116)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: (612) 492-7000
E-mail: LMyers@fredlaw.com

***Attorneys for Defendants - Appellants***

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                              s/ Erica Palmer
                                              Erica Palmer