CASE NO. 24-3445

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Drake University

       Plaintiff - Appellee

v.

Des Moines Area Community College Foundation; Des Moines Area Community College

       Defendants - Appellants

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

Case No. 4:24-CV-00227
The Honorable Stephanie M. Rose

## DEFENDANTS - APPELLANTS' CERTIFICATE OF COMPLIANCE

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309-1977
Telephone: (515) 242-8900
RSJohnson@fredlaw.com
CDonels@fredlaw.com
EBoggess@fredlaw.com

Laura L. Myers (Minn. #0387116)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: (612) 492-7000
LMyers@fredlaw.com

Dated: January 16, 2025       *Attorneys for Defendants - Appellants*

# CERTIFICATE OF COMPLIANCE WITH WORD LIMIT AND TYPEFACE AND TYPE-STYLE REQUIREMENTS

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned counsel of record hereby certifies that the Defendants – Appellants' Unresisted Motion to Consolidate Appeals, Align Briefing Schedules and Extend the Deadline for Appellants Brief and Appendix filed January 15, 2025, complies with the following requirements:

(i) The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) because it has been prepared in a proportionally spaced typeface using Microsoft® Word for Microsoft 365 MSO (Version 2411) in fourteen (14)-point Century font.

(ii) This motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(1)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), the motion contains 490 words.

Date: January 16, 2025    s/*R. Scott Johnson*

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309-1977
Telephone: (515) 242-8900
E-mail: RSJohnson@fredlaw.com
CDonels@fredlaw.com
EBoggess@fredlaw.com

Laura L. Myers (Minn. #0387116)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: (612) 492-7000
E-mail: LMyers@fredlaw.com

***Attorneys for Defendants - Appellants***

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, I electronically the foregoing Certificate of Compliance with Word Limit and Typeface and Type-style Requirements with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ R. Scott Johnson