# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3445

Drake University

Appellee

v.

Des Moines Area Community College Foundation and Des Moines Area Community College

Appellants

No: 25-1053

Drake University

Appellant

v.

Des Moines Area Community College Foundation and Des Moines Area Community College

Appellees

------

Appeals from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00227-SMR)

------

**ORDER**

    The unopposed motion to consolidate appeal Nos. 24-3445 & 25-1053 is granted, and the appeals are hereby consolidated as cross-appeals for submission and disposition.

    The clerk has reviewed appellants' opening brief and addendum submissions in 24-3445 dated January 23, 2025, and is directed to file the brief once appellants have cured the deficiencies indicated in the notice filed subsequent to this order.

January 28, 2025

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik