# UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

## CROSS-APPEAL BRIEFING SCHEDULE ORDER

Appeal No.    24-3445    Drake University v. Des Moines Area Community
                         College Foundation, et al

              25-1053    Drake University v. Des Moines Area Community
                         College Foundation, et al

Date:         January 29, 2025

### APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at: www.ca8.uscourts.gov/appeal-preparation-information.

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/appeal-preparation-information.

### GENERAL INFORMATION

The following filing dates are established for the cross-appeals. The dates will only be extended upon the filing of a timely motion establishing good cause. An order granting extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures.

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

**The following briefing schedule has been established for these cross-appeals.
This schedule supersedes all other schedules.**

**Please refer to Federal Rule of Appellate Procedure 28.1
for the procedures governing cross-appeals.**

Method of Appendix Preparation
  Notification - Appellant. . . . . . . . . . . . . . . . . . . . . . . . . . . **14 days from date of this schedule**

Designation of Record & Statement of
  Issues - Appellant. . . . . . . . . . . . . . . . . . . . . . . . . . . . **14 days from date of this schedule**

Designation of Record
  Appellee/Cross-Appellant . . . . . . . . . . . . **14 days from service of Appellant's designation**

Transcript (if necessary) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **01/13/2025**

Joint Appendix or Appellant's
  Separate Appendix . . . . . . . . . . . . . . . . . . . . . . . . . **Submitted for Review on 01/23/2025**
    **( Des Moines Area Community College, et al. )**

Brief of Appellant with Addendum. . . . . . . . . . . . . . **Submitted for Review on 01/23/2025**
    **( Des Moines Area Community College, et al. )**
     ***Corrected Deficiencies due 02/03/2025**

Brief of Appellee/Cross-Appellant
  (with Separate Appendix, if applicable). . . . . . **30 days from the date the court issues the**
    **( Drake University )**                                        **Notice of Docket Activity filing the brief.**

Reply Brief of
  Appellant/Cross-Appellee . . . . . . . . . . . . . . . **30 days from the date the court issues the**
                                                                    **Notice of Docket Activity filing the brief.**
    **( Des Moines Area Community College, et al. )**

Reply Brief of
  Cross-Appellant . . . . . . . . . . . . . . . . . . . . . . . . **21 days from the date the court issues the**
    **( Drake University )**                                        **Notice of Docket Activity filing the brief.**

**ALL BRIEFS AND APPENDICES SHOULD BE
FILED WITH THE ST. LOUIS OFFICE**