# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:**   Joshua James Conley
John D. Gilbertson

**CC:**   Erin Maureen Boggess
Cara S. Donels
R. Scott Johnson
Laura L. Myers

**FROM:**   Hillary A. Grupe

**DATE:**   March 04, 2025

**RE:**   24-3445  Drake University v. Des Moines Area Comm. College Foundation, et al
25-1053  Drake University v. Des Moines Area Comm. College Foundation, et al

Your brief in the above-referenced case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

**X**___ PAGINATION. Arabic numeral pagination begins at the Jurisdictional Statement. All prior sections should be paginated with lower case roman numerals. The cover page should not be paginated. *Please remember to update the Table of Contents.*

**X**___ ORDER OF CONTENTS IS INCORRECT. See FRAP 28(a)(1)-(10).
*-The Standard of Review should be placed at the beginning of the Argument, not before.*
*Please remember to update the Table of Contents.*

**X**___ REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
**X**___ References to the record in civil cases must be made to the Appendix page number(s) AND the district court docket number, and page number of the document *in that order* (App._____ R. Doc. _____ , at _____ .)
*-Documents from the district court record contained in the addendum should also be included in the appendix and referenced to accordingly. SEE FRAP Rule 30(a)(1). (App. ____ R. Doc. ____ at ____ Add. ____ )*
*-There are appendix references missing the corresponding district court docket number reference. SEE pgs. 26, 35, 51, 56, 59, 64 & 65 of the PDF.*
*-There are district court docket number references missing the corresponding appendix page number reference. SEE pgs. 39, 63 & 72 of the PDF.*

***NOTE: Please resubmit the brief in the lead case number, 24-3445.***

       Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.