# Exhibit 1

# Iowa Paint®

## PROWALL
### LATEX FLAT ENAMEL
### Tint White
### 2902

(Contains 1.4 Lbs/Gal. VOC/VOS or less)

One Gallon (3.785 Liters When Tinted)

WATER, 7732-18-5
COPPER BASED BIOCIDE, PROPRIETARY
ETHYLENE GLYCOL, 107-21-1
TITANIUM DIOXIDE, 13463-67-7
VOLCANIC GLASS, 1332-09-8
CALCIUM CARBONATE, 1317-65-3*
ANHYDROUS ALUMINUM SILICATE, 22708-90-3
TEXANOL, 25265-77-4
VINYL/ACRYLIC COPOLYMER RESIN SOLIDS, PROPRIETARY

FOR ADDITIONAL INFORMATION REFER
TO THE MSDS FOR THIS PRODUCT.

**CAUTION!**
Do not take internally.
Close container after each use. Keep out of reach of children. Avoid prolonged contact with skin or breathing of spray mist. Keep from freezing.

Use only with adequate ventilation.



SEE WARNINGS ON BACK AND SIDE PANEL

Iowa Paint®