# Exhibit 2

Appellate Case: 24-3445   Page: 1   Date Filed: 03/13/2025 Entry ID: 5495756



Hirshfield's™ Professional COATINGS

Pro-wall 2000
Interior Latex Flat
Wall & Ceiling Paint

88-1290
White Base

HEALTH 1
FLAMMABILITY 0
REACTIVITY 0
PERSONAL PROTECTION B

CONTENTS: 124 Fl. Oz Before Tinting (3.67 Liters)

Page: 2

7 52942 12901 0

Appellate Case: 24-3445   Date Filed: 03/13/2025   Entry ID: 5495736