Case Nos. 24-3445, 25-1053

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

Drake University

        Plaintiff - Appellee / Cross-Appellants

v.

Des Moines Area Community College Foundation; Des Moines Area Community College

        Defendants - Appellants / Cross-Appellees

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

Case No. 4:24-CV-00227
The Honorable Stephanie M. Rose

---

DEFENDANTS - APPELLANTS / CROSS-APPELLEES'
RESPONSE TO MOTION TO SUPPLEMENT RECORD

---

R. Scott Johnson (#AT0004007)  
Cara S. Donels (#AT0014198)  
Erin M. Boggess (#AT0015950)  
FREDRIKSON & BYRON, P.A.  
111 East Grand Avenue, Suite 301  
Des Moines, IA  50309-1977  
Telephone:  (515) 242-8900  

Laura L. Myers (Minn. #0387116)  
FREDRIKSON & BYRON, P.A.  
60 South 6th Street, Suite 1500  
Minneapolis, MN  55402-4400  
Telephone:  (612) 492-7000  

*Attorneys for Defendants - Appellants / Cross-Appellees*

Dated:  March 21, 2025

# CORPORATE DISCLOSURE STATEMENT OF DES MOINES AREA COMMUNITY COLLEGE

Pursuant to Federal Rule of Appellate Procedure 26.1(d)(1) and Eighth Circuit Local Rule 26.1A, Defendant - Appellant / Cross-Appellee Des Moines Area Community College certifies that it is a school corporation organized under Iowa Code Chapter 260C[1], it has no parent companies or corporations, no subsidiaries, and no publicly held company owns ten percent (10%) or more of its stock.

# CORPORATE DISCLOSURE STATEMENT OF DES MOINES AREA COMMUNITY COLLEGE FOUNDATION

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eighth Circuit Local Rule 26.1A, Defendant - Appellant / Cross-Appellee Des Moines Area Community College Foundation certifies that it is a public charity, it has no parent companies or corporations, no subsidiaries, and no publicly held company owns ten percent (10%) or more of its stock.

---

[1] As a school corporation organized under Iowa Code Chapter 260C (i.e., a municipal corporation), Federal Rule of Appellate Procedure 26.1 may not apply to Des Moines Area Community College. Out of an abundance of caution, Des Moines Area Community College provides this corporate disclosure statement regardless.

# ARGUMENT

Defendants - Appellants / Cross-Appellees Des Moines Area Community College Foundation and Des Moines Area Community College oppose Plaintiff - Appellee / Cross-Appellants Drake University's ("Drake") Motion to Supplement the Record. The images Drake seeks to add to the record is evidence from a different case that Drake incorporated into a memorandum of law filed in support of its motion for a preliminary injunction. Under Federal Rule of Appellate Procedure 30(a)(2), "[m]emoranda of law in the district court should not be included in the appendix unless they have independent relevance." Because the images Drake seeks to add to the record come from a different case, are included in its memoranda of law filed in the district court, and do not have independent relevance to this proceeding, the motion should be denied.

Respectfully submitted,

Date: March 21, 2025          s/*Laura L. Myers*

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA  50309-1977
Telephone:  (515) 242-8900
E-mail:  RSJohnson@fredlaw.com
             CDonels@fredlaw.com
             EBoggess@fredlaw.com

Laura L. Myers (Minn. #0387116)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone:  (612) 492-7000
E-mail:   LMyers@fredlaw.com

***Attorneys for Defendants - Appellants / Cross-Appellees***

2

# CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excepting the parts of the documents exempted by Fed. R. App. P. 32(f), this document contains 131 words.

This document also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft® Word for Microsoft 365 MSO (Version 2501) in 14-point Century font.

Date: March 21, 2025   s/*Laura L. Myers*

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309-1977
Telephone: (515) 242-8900
E-mail: RSJohnson@fredlaw.com
         CDonels@fredlaw.com
         EBoggess@fredlaw.com

Laura L. Myers (Minn. #0387116)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone:  (612) 492-7000
E-mail:   LMyers@fredlaw.com

*Attorneys for Defendants - Appellants / Cross-Appellees*

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Cassie D. Buresh*
Cassie D. Buresh
Fredrikson & Byron, P.A.
E: cburesh@fredlaw.com
