# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3445

Drake University

Appellee

v.

Des Moines Area Community College Foundation and Des Moines Area Community College

Appellants

No: 25-1053

Drake University

Appellant

v.

Des Moines Area Community College Foundation and Des Moines Area Community College

Appellees

---

Appeals from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00227-SMR)

---

## ORDER

Appellee/Cross-Appellant's motion to supplement the record is granted.

April 01, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler