# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 08, 2025

Joshua James Conley
John D. Gilbertson
ZARLEY & CONLEY
Suite 101
580 Market Street
West Des Moines, IA  50266

RE:  24-3445  Drake University v. Des Moines Area Comm. College Foundation, et al
     25-1053  Drake University v. Des Moines Area Comm. College Foundation, et al

Dear Counsel:

In reviewing the appendix in the above case, we noted the following deficiency(s).

**The following deficiency(s) does not require reproduction of the entire appendix.**

**X**     CERTIFICATE OF SERVICE is missing. Please file a Corrected Certificate of Service entry in CM/ECF within 5 days of the date of this notice showing service of the appendix upon opposing counsel.

Susan E. Bindler
Clerk of Court

HAG

cc:   Erin Maureen Boggess
      Cara S. Donels
      R. Scott Johnson
      Laura L. Myers