No. 24-3445
No. 25-1053

DRAKE UNIVERSITY,

*Appellee-Cross Appellant*,

v.

DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and
DES MOINES AREA COMMUNITY COLLEGE,

*Appellants-Cross Appellees*

APPEAL FROM THE U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Case No. 4:24-cv-227
HON. STEPHANIE M. ROSE

**CERTIFICATE OF SERVICE OF APPELLEE/CROSS-APPELLANT'S
SEPARATE APPENDIX (App. 649–1010)**

I hereby certify that on April 10, 2025, a paper copy of Appellee/Cross-Appellant's Separate Appendix (App. 649-1010) was sent via FedEx to counsel of record for Appellants/Cross-Appellees at the following address:

> R. Scott Johnson
> Cara S. Donels
> Erin M. Boggess
> Laura L. Myers
> FREDRIKSON & BYRON, P.A.
> 111 East Grant Avenue, Suite 301
> Des Moines, IA 50309-8900
> ATTORNEYS FOR APPELLANTS/CROSS-APPELLEES

/s/John D. Gilbertson

Respectfully submitted,

Dated: April 10, 2025　　　　　**ZARLEYCONLEY PLC**

By: <u>/s/John D. Gilbertson</u>
John D. Gilbertson, AT0014515
Joshua J. Conley, AT0011828
580 Market Street, Suite 101
West Des Moines, IA 50266
Telephone:  (515) 558-0200
Facsimile:   (515) 558-7790
jconley@zarleyconley.com
**ATTORNEYS FOR APPELLEE/CROSS-APPELLANT**

3

Appellate Case: 24-3445　　Page: 3　　Date Filed: 04/10/2025　Entry ID: 5505184

# CERTIFICATE OF COMPLIANCE WITH TYPE VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

   **X** This document contains  63  words; **or**

   __ This brief uses a monospaced typeface and contains ____ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

   **X** This document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman font; **or**

   ___ This document has been prepared in a monospaced typeface using _____ with ____ characters per inch in ___ style.

3. The undersigned further certifies that the electronic version of this brief has been scanned for viruses and is virus-free.


Dated: April 10, 2025                /s/John D. Gilbertson
                                      John D. Gilbertson
                                      Attorney for Appellee/Cross-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/John D. Gilbertson