

May 22, 2025

Michael E. Gans
Clerk of Court
Eighth Circuit Court of Appeals
111 S. 10th Street, Room 24.329
St. Louis, MO 63102

Re: ***Drake University v. Des Moines Area Community College Foundation, et al.***
***Case Nos. 24-3445, 25-1053***

To Whom It May Concern:

This case has been screened for an oral argument. Counsel for Appellants-Cross Appellees Des Moines Area Community College Foundation and Des Moines Area Community College are unavailable for the June 2025 sessions and available on the following dates:

September 15-19, 2025
October 20-24, 2025

We thank you for your consideration. If you have any questions, please feel free to contact us.

Regards,

/s/ R. Scott Johnson
R. Scott Johnson
**Direct Dial:** 515.242.8930
**Email:** rsjohnson@fredlaw.com

/s/ Cara S. Donels
Cara S. Donels
**Direct Dial:** 515.242.8924
**Email:** cdonels@fredlaw.com

/s/ Laura L. Myers
Laura L. Myers
**Direct Dial:** 612.492.7295
**Email:** lmyers@fredlaw.com

/s/ Luke P. de Leon
Luke P. de Leon
**Direct Dial:** 612.492.7469
**Email:** ldeleon@fredlaw.com

/s/ Erin M. Boggess
Erin M. Boggess
**Direct Dial:** 515.242.8967
**Email:** eboggess@fredlaw.com