

**VIA ECF ONLY**

Michael E. Gans.
Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
St. Louis, Missouri 63102

| Title | Re: |
|---|---|
| Drake University v. Des Moines Area Community College, et al | Appellee/Cross-Appellant's Oral Argument Availability |

| Case Nos. | Our Docket | Attorney Contact | Date |
|---|---|---|---|
| 24-3445, 25-1053 | L00205 | jgilbertson@zarleyconley.com | May 27, 2025 |

To Whom it May Concern:

    This case has been screened for oral argument. Counsel for Appellee/Cross-Appellant Drake University are **unavailable** on the following dates:

- June 9–13, 2025
- September 15–19, 2025
- October 23–24, 2025
- November 18, 20–21, 2025*
- January 12–16, 2026
- April 13–17, 2026

* Counsel is available November 17 and 19, 2025 if oral argument would be held in Omaha, NE.

If you have any questions, please feel free to contact our office.

Best Regards,

John D. Gilbertson

JDG



zarleyconley

580 Market Street, Suite 101, West Des Moines, IA 50266 | 515.558.0200