

**Fredrikson & Byron, P.A.**
Attorneys and Advisors

111 East Grand Avenue, Suite 301
Des Moines, IA 50309-1884
Main: 515.242.8900
fredlaw.com

November 18, 2025

Michael E. Gans
Clerk of Court
Eighth Circuit Court of Appeals
111 S. 10th Street, Room 24.329
St. Louis, MO 63102

Re: ***Drake University v. Des Moines Area Community College Foundation, et al.*
    *Case Nos. 24-3445, 25-1053***

To Whom It May Concern:

This case has been screened for an oral argument but was not placed on the calendar for the 2025 sessions. Accordingly, counsel for Appellants-Cross Appellees Des Moines Area Community College Foundation and Des Moines Area Community College (collectively, "DMACC") are hereby updating their availability for the Court's 2026 sessions. Currently, counsel for DMACC is **available** on the following dates in the 2026 sessions:

February 9-13, 2026
May 11-15, 2026
June 8-12, 2026

We thank you for your consideration. If you have any questions, please feel free to contact us.

Regards,

*/s/ R. Scott Johnson*
R. Scott Johnson
**Direct Dial:** 515.242.8930
**Email:** rsjohnson@fredlaw.com

*/s/ Cara S. Donels*
Cara S. Donels
**Direct Dial:** 515.242.8924
**Email:** cdonels@fredlaw.com

*/s/ Laura L. Myers*
Laura L. Myers
**Direct Dial:** 612.492.7295
**Email:** lmyers@fredlaw.com

*/s/ Luke P. de Leon*
Luke P. de Leon
**Direct Dial:** 612.492.7469
**Email:** ldeleon@fredlaw.com

*/s/ Erin M. Boggess*
Erin M. Boggess
**Direct Dial:** 515.242.8967
**Email:** eboggess@fredlaw.com