

VIA ECF ONLY

Michael E. Gans.
Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
St. Louis, Missouri 63102

| | |
|---|---|
| Title | Re: |
| Drake University v. Des Moines Area Community College, et al | Appellee/Cross-Appellant's Oral Argument Availability |
| Case Nos. | Our Docket | Attorney Contact | Date |
| 24-3445, 25-1053 | L00205 | jgilbertson@zarleyconley.com | November 19, 2025 |

To Whom it May Concern:

This case has been screened for oral argument. Counsel for Appellee/Cross-Appellant Drake University are **available** on the following dates:

- April 13–17, 2026
- May 11–15, 2026
- June 8–12, 2026

If you have any questions, please feel free to contact our office.

Best Regards,

John D. Gilbertson

JDG

ZARLEYCONLEY   580 Market Street, Suite 101, West Des Moines, IA 50266 | 515.558.0200