Case Nos. 24-3445, 25-1053

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

Drake University

      Plaintiff - Appellee / Cross-Appellants

v.

Des Moines Area Community College Foundation; Des Moines Area Community College

      Defendants - Appellants / Cross-Appellees

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

Case No. 4:24-CV-00227
The Honorable Stephanie M. Rose

---

## JOINT STIPULATION OF DISMISSAL

---

| | |
|---|---|
| R. Scott Johnson (#AT0004007) | Laura L. Myers (Minn. #0387116) |
| Cara S. Donels (#AT0014198) | FREDRIKSON & BYRON, P.A. |
| Erin M. Boggess (#AT0015950) | 60 South 6th Street, Suite 1500 |
| FREDRIKSON & BYRON, P.A. | Minneapolis, MN 55402-4400 |
| 111 East Grand Avenue, Suite 301 | Telephone: (612) 492-7000 |
| Des Moines, IA 50309-1977 | |
| Telephone: (515) 242-8900 | |

*Attorneys for Defendants - Appellants
/ Cross-Appellees*

John D. Gilbertson (#AT0014515)
Joshua J. Conley (#AT0011828)
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266
Telephone:  (515) 558-0200
***Attorneys for Plaintiffs - Appellees /
Cross-Appellants***

## JOINT STIPULATION OF DISMISSAL

The parties recently entered into a settlement agreement. Pursuant to that agreement, Defendants - Appellants / Cross-Appellees Des Moines Area Community College Foundation and Des Moines Area Community College and Plaintiff - Appellee / Cross-Appellants Drake University jointly stipulate, under Federal Rule of Appellate Procedure 42(b)(1), to the dismissal of these appeals, Nos. 24-3445, 25-1053. Each party shall bear its own costs.

Respectfully submitted,

Date: January 8, 2026

*s/Laura L. Myers*

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309-1977
Telephone: (515) 242-8900
E-mail: RSJohnson@fredlaw.com
CDonels@fredlaw.com
EBoggess@fredlaw.com

Laura L. Myers (Minn. #0387116)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: (612) 492-7000
E-mail: LMyers@fredlaw.com

*Attorneys for Defendants - Appellants / Cross-Appellees*

Date: January 8, 2026      *s/John D. Gilbertson*

John D. Gilbertson (#AT0014515)
Joshua J. Conley (#AT0011828)
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA 50266
Telephone: (515) 558-0200
E-mail: jgilbertson@zarleyconley.com
         jconley@zarleyconley.com

*Attorneys for Plaintiffs - Appellees / Cross-Appellants*

4

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned counsel of record hereby certifies that this document complies with the following requirements:

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains **66** words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft® Word 365 MSO (Version **2510**) in fourteen (14)-point **Century** font.

Date: January 8, 2026         *s/Laura L. Myers*

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309-1977
Telephone: (515) 242-8900
E-mail: RSJohnson@fredlaw.com
            CDonels@fredlaw.com
            EBoggess@fredlaw.com

Laura L. Myers (Minn. #0387116)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: (612) 492-7000
E-mail: LMyers@fredlaw.com

***Attorneys for Defendants - Appellants / Cross-Appellees***

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Erica Palmer*
Erica Palmer
