# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3445

Drake University

Appellee

v.

Des Moines Area Community College Foundation and Des Moines Area Community College

Appellants

No: 25-1053

Drake University

Appellant

v.

Des Moines Area Community College Foundation and Des Moines Area Community College

Appellees

------

Appeals from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00227-SMR)

------

**MANDATE**

In accordance with the judgment of January 8, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 08, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit